IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
AUG 11 2016
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

In re:                                                      :     Case No.: 11-20605-GLT
                                                            :     Chapter: 13
Kristen L. Teller                                           :
                                                            :
                                                            :     Date:    8/10/2016
            *Debtor(s)*.                                    :     Time:    11:00

## PROCEEDING MEMO

**MATTER:**   # 68 - Notice of Final Cure Mortgage Payment re: Rule 3002.1 and Claim Number 6.
              # 73 - Response filed by MTGLQ Investors
              # 76 - Reply filed by the chapter 13 trustee

**APPEARANCES:**
            Trustee:    Jana Pail
            MTGLQ:      Matthew McCune

**NOTES:**

MTGLQ no longer questions the payment amount. Will file a motion to request disbursement of the unclaimed funds. Will also be able to provide a payment history.

Pail - Believes unclaimed funds total over $9,000. Creditor will be in agreement with the Notice once unclaimed funds are distributed.

Court - MTGLQ should file a transfer of claim to clarify which party holds the right to the unclaimed funds.

**OUTCOME:**

1. Within 30 days, MTGLQ to: (1) file a transfer of claim; (2) file a motion for payment of unclaimed funds; and (3) provide a payment history to the chapter 13 trustee.
2. Order to be issued determining that no dispute exists as to the trustee's Notice of Final Cure.
(HT to prepare).

**DATED:** 8/10/2016