FILED
8/11/16 5:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | Case No. 11-20605-GLT |
| : | Chapter 13 |
| KRISTEN L. TELLER, : | |
| : | Related to Dkt. No. 68 |
| Debtor. : | |
| : | |
| RONDA J. WINNECOUR, Chapter 13 : | |
| Trustee, : | |
| : | |
| Movant, : | |
| : | |
| v. : | |
| : | |
| KRISTEN L. TELLER, : | |
| : | |
| Respondent. : | |

## ORDER ESTABLISHING DEADLINES

This matter is before the Court upon the *Notice of Final Cure Mortgage Payment re: Rule 3002.1 and Claim Number 6* [Dkt. No. 68] (the "Notice"). A *Response* [Dkt. No. 73] was filed by MTGLQ Investors ("MTGLQ") and a *Reply* [Dkt. No. 76] was filed by the chapter 13 trustee. The Court held a hearing to consider the *Notice*, the *Response*, and the *Reply* on August 10, 2016.

**AND NOW**, for the reasons stated on the record at the August 10 hearing, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. On or before **September 12**, **2016**, MTGLQ shall:

    a. File a transfer of claim;

    b. File a motion for payment of unclaimed funds; and

    c. Provide a payment history to the chapter 13 trustee.

       2.       The Court finds that no dispute exists as to the trustee's *Notice*.

Dated: August 11, 2016

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Case administrator to mail to:
Debtor
Jana Pail, Esq.
Matthew McCune, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 11-20605-GLT
Kristen L. Teller                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: aala              Page 1 of 1              Date Rcvd: Aug 12, 2016
                                Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2016.
db             +Kristen L. Teller,    2557 Wenzel Avenue,    Pittsburgh, PA 15216-3454

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +Fax: 407-737-5634 Aug 13 2016 01:35:36     Ocwen Loan Servicing, LLC,    1661 Worthington Road,
                 Suite #100,    WEST PALM BEACH, FL 33409-6493
                                                                                              TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2016 at the address(es) listed below:
      Andrew F Gornall    on behalf of Creditor    Goldman Sachs Mortgage Company
       agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      Andrew F Gornall    on behalf of Creditor    GOLDMAN SACHS MORTGAGE COMPANY
       agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      Gary William Short    on behalf of Debtor Kristen L. Teller garyshortlegal@gmail.com,
       gwshort@verizon.net
      Hilary B. Bonial    on behalf of Creditor    Litton Loan Servicing, LP notice@bkcylaw.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
       ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
       rive.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
       Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                    TOTAL: 8