**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
8/19/16 11:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
   KRISTEN L. TELLER

         Debtor(s)

   Ronda J. Winnecour
              Movant
         vs.
   No Repondents.

Case No.:11-20605

Chapter 13

Document No.: 69

## ORDER OF COURT

   AND NOW, this __19th__ day of __August__, 20_16_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

         Prepared by: __Ronda J. Winnecour, Esq.__

**DEFAULT ENTRY**

Dated: August 19, 2016

_____
Gregory L. Addonio    jah
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 11-20605-GLT
Kristen L. Teller                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: amaz                    Page 1 of 2                    Date Rcvd: Aug 19, 2016
                                Form ID: pdf900               Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2016.
```
db          +Kristen L. Teller,    2557 Wenzel Avenue,    Pittsburgh, PA 15216-3454
aty         +Joshua I. Goldman,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
              Philadelphia, PA 19106-1541
cr          +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
              Pittsburgh, PA 15212-5860
cr          +Litton Loan Servicing, L.P.,    c/o McCalla Raymer, LLC,    Bankruptcy Department,
              1544 Old Alabama Road,    Roswell, GA 30076-2102
cr          +Litton Loan Servicing, LP,    P O Box 829009,    Dallas, TX 75382-9009
12964104    ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
             (address filed with court: Columbia Gas of Ohio Inc,    200 Civic Center Dr 11th Fl,
              Columbus OH 43215)
12964101     Clearview FCU,    1453 Beers School Rd,    Coraopolis, PA  15108
13070164     Duquesne Light Company,    c/o Bernstein Law Firm, P.C.,    Suite 2200, Gulf Tower,
              Pittsburgh, PA  15219
12964108    +HSBC Auto Finance,    PO Box 961245,    Fort Worth, TX 76161-0244
12964107    +Harris Connect,    c/o Chase Receivables,    1247 Broadway,    Sonoma, CA 95476-7503
12964109    +Lease & Rental,    45 Haverhill Street,    Andover, MA 01810-1499
12964110    +Litton Loan Servicing,    4828 Loop Central,    Houston, TX 77081-2166
13016690    +NCO PORTFOLIO MANAGEMENT,    PO Box 4941,    Trenton, NJ 08650-4941
12964111    +Pittsburgh Water & Sewer,    1200 Penn Ave,    Pittsburgh, PA 15222-4216
14062766     Rushmore Loan Manangement Services,    P.O.Box 52708,    Irvine, CA 92619-2708
12964113    +Sprint,    c/o NCO Portfolio Fund,    PO Box 4907,    Trenton, NJ 08650-4907
13062156     Verizon,    PO BOX 3037,    Bloomington, IL 61702-3037
12964100    +Verizon,    PO Box 3097,    Bloomington, IL 61702-3097
12964115    +Verizon Pen,    500 Technology Dr,    Saint Charles, MO 63304-2225
12964116    +Zenobia Investments Limited,    c/o AIS Services LLC,    50 California St,
              San Francisco, CA 94111-4624

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 20 2016 01:28:52
              Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
              Houston, TX  77210-4457
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 20 2016 01:28:29
              PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13099057    +E-mail/Text: EBNProcessing@afni.com Aug 20 2016 01:17:55      Afni, Inc.,    PO BOX 3667,
              Bloomington, IL 61702-3667
13010337     E-mail/PDF: resurgentbknotifications@resurgent.com Aug 20 2016 01:27:42      B-Line, LLC,
              MS 550,    PO Box 91121,    Seattle, WA 98111-9221
12991512    +E-mail/Text: bankruptcy@clearviewfcu.org Aug 20 2016 01:17:46      Clearview FCU,
              8805 University Blvd,    Moon Twp PA 15108-4212
12964102    +E-mail/Text: bankruptcydepartment@tsico.com Aug 20 2016 01:18:24      Clearview FCU,
              c/o NCO Financial Systems,    PO Box 15372,    Wilmington, DE 19850-5372
12964105    +E-mail/Text: creditonebknotifications@resurgent.com Aug 20 2016 01:17:08      Credit One Bank,
              PO Box 98872,    Las Vegas, NV 89193-8872
12964106    +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Aug 20 2016 01:18:32      Duquesne Light,
              Payment Processing Center,    Pittsburgh, PA 15267-0001
13264709    +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 20 2016 01:27:41
              East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,
              Greenville, SC 29602-0288
13000302     E-mail/Text: bnc-genesis@quantum3group.com Aug 20 2016 01:17:41      GC III LLC,
              Quantum3 Group LLC,    PO Box 788,    Kirkland, WA  98083-0788
13000300     E-mail/Text: bnc-genesis@quantum3group.com Aug 20 2016 01:17:41
              Genesis Financial Solutions INC,    Quantum3 Group LLC,    PO Box 788,
              Kirkland, WA  98083-0788
12964107    +E-mail/Text: compliance@chaserec.com Aug 20 2016 01:18:31      Harris Connect,
              c/o Chase Receivables,    1247 Broadway,    Sonoma, CA 95476-7503
13071873     E-mail/PDF: resurgentbknotifications@resurgent.com Aug 20 2016 01:27:41      LVNV Funding LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14181025    +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 20 2016 01:29:27      LVNV Funding LLC,
              c/o Resurgent Capital Services,    P.O. Box 10587,    Greenville, SC 29603-0587
13619828     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 20 2016 01:27:56      Midland Funding LLC,
              by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
              Houston, TX  77210-4457
13261278    +Fax: 407-737-5634 Aug 20 2016 01:46:57      Ocwen Loan Servicing, LLC,    1661 Worthington Road,
              Suite #100,    West Palm Beach, FL 33409-6493
12964103     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 20 2016 01:27:35
              Portfolio Recovery,    120 Corporate Blvd,    STE 100,    Norfolk VA 23502-4952
13013222     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 20 2016 01:29:19
              Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541
14197686     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 20 2016 01:28:30
              Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
12964099    +E-mail/Text: csc.bankruptcy@amwater.com Aug 20 2016 01:18:30      Pennsylvania American Water,
              P.O. Box 578,    Alton IL 62002-0578
```

```
District/off: 0315-2           User: amaz                  Page 2 of 2                   Date Rcvd: Aug 19, 2016
                               Form ID: pdf900             Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
12964112        +E-mail/Text: bankruptcydepartment@tsico.com Aug 20 2016 01:18:24      Progressive Insurance,
                 c/o NCO Financial Systems,   PO Box 15636,   Wilmington, DE 19850-5636
12964114        +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Aug 20 2016 01:17:46      U. S. Trustee's Office,
                 1001 Liberty Ave.,   Liberty Center,   Suite 970,   Pittsburgh, PA 15222-3721
                                                                                              TOTAL: 22

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              GOLDMAN SACHS MORTGAGE COMPANY
cr              Goldman Sachs Mortgage Company
cr              MTGLQ Investors, LP
cr*            +East Bay Funding, LLC,   c/o Resurgent Capital Services,   PO Box 288,
                 GREENVILLE, SC 29602-0288
cr*             LVNV Funding LLC,   c/o Resurgent Capital Services,   P.O. Box 10587,
                 Greenville, SC 29603-0587
cr*            +Ocwen Loan Servicing, LLC,   1661 Worthington Road,   Suite #100,
                 WEST PALM BEACH, FL 33409-6493
                                                                                      TOTALS: 4, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2016 at the address(es) listed below:
```
          Andrew F Gornall    on behalf of Creditor    Goldman Sachs Mortgage Company
           agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Creditor    GOLDMAN SACHS MORTGAGE COMPANY
           agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Gary William Short    on behalf of Debtor Kristen L. Teller garyshortlegal@gmail.com,
           gwshort@verizon.net
          Hilary B. Bonial    on behalf of Creditor    Litton Loan Servicing, LP notice@bkcylaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 8
```