# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kristen L. Teller<br><br>    *Debtor* | CHAPTER 13<br><br>BKY. NO. 11-20605 GLT |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of MTGLQ Investors, LP, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 2511

                                          Respectfully submitted,

                                          **/s/ Joshua I. Goldman, Esquire**
                                          Joshua I. Goldman, Esquire
                                          jgoldman@kmllawgroup.com
                                          Attorney I.D. No. 205047
                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106
                                          Phone: 215-825-6306
                                          Fax: 215-825-6406
                                          Attorney for Movant/Applicant