## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Kristen L. Teller<br><br>　　　　　　　Debtor | BK. NO. 11-20605 GLT |
| MTGLQ Investors, LP, its successors and/or assigns<br>　　　　　　　Movant<br>　　　　v.<br>Kristen L. Teller<br>　　　　　　　Respondent<br>　　　　　and<br>Ronda J. Winnecour, Trustee<br>　　　　　　　Additional Respondent | CHAPTER 13 |

### CERTIFICATE OF SERVICE

     I, the undersigned, certify that I served or caused to be served, on September 19, 2016, a copy of the above Motion with attached proposed Order(s) of Court, and the Notice of Hearing filed herewith upon each of the following persons and parties in interest at the addresses shown below:

Ronda J. Winnecour (Trustee)
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

US Attorneys Office
700 Grant Street #633
Pittsburgh, Pa 15219

Gary William Short Esq.
212 Windgap Road
Pittsburgh, PA 15237
garyshortlegal@gmail.com

Kristen L. Teller
2557 Wenzel Avenue
Pittsburgh, PA 15216

*U.S. Trustee*
Attn: David Berry
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222


Method of Service:    Mail first class; Specify if other:

Date:  September 19, 2016

                           **/s/ Joshua I. Goldman, Esquire____**
                           Joshua I. Goldman, Esquire
                           jgoldman@kmllawgroup.com
                           Attorney I.D. No. 205047
                           KML Law Group, P.C.
                           701 Market Street, Suite 5000
                           Philadelphia, PA 19106
                           Phone: 215-825-6306, Fax: 215-825-6406
                           Attorney for Movant/Applicant