IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
OCT 19 2016
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

In re:                                                : Case No.: 11-20605-GLT
                                                      : Chapter: 13
Kristen L. Teller                                     :
                                                      : Date: 10/19/2016
           Debtor(s).                                 : Time: 10:00

## PROCEEDING MEMO

**MATTER:**   #92 - Motion to Pay Unclaimed Funds filed by MTGLQ Investors, LP
              #98 - CNO filed

Tentative Ruling: The motion requests payment of unclaimed funds in the amount of $7,150.68, but the amount deposited by the chapter 13 trustee with the Clerk is $9,367.59. Movant shall be prepared to address the discrepancy at the hearing.

**APPEARANCES:**
           Trustee:   Owen Katz
           MTGLQ:     Matt McClelland

**NOTES:**

McClelland - Discrepancy in amount requested and amount on hand is due to prepetition funds that were not accounted for. Funds were misapplied and an accounting needs to occur. $9,367.59 is the correct total amount due to MTGLQ.

Owen Katz - No objection.

**OUTCOME:**

1. Order to be issued granting Motion to Pay Unclaimed Funds. O/E.

**DATED:** 10/19/2016