**FILED**

**OCT 19 2016**

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kristen L. Teller <br>                                  Debtor | BK. NO. 11-20605 GLT |
| MTGLQ Investors, LP, its successors and/or assigns <br>                                  Movant <br>                 v. <br> Kristen L. Teller <br>                                  Respondent <br>               and <br> Ronda J. Winnecour, Trustee <br>                                  Additional <br> Respondent | CHAPTER 13 |

**ORDER ON MOTION TO DISBURSE UNCLAIMED FUNDS**

This 18th day of October, 2016, upon notice, hearing, and Respondents' responses, it is

**ORDERED** that the above-captioned Motion is granted insofar as it requests unclaimed funds being held by the Court in the amount of $9,367.59 to be disbursed to Movant for application to the mortgage loan for the property located at 2557 Wenzell Ave., Pittsburgh, PA 15216.

Movant shall, within five (5) days hereof, serve a copy of the within order on parties of interest and file a certificate of service.

_____
HONORABLE JUDGE TADDONIO

Kristen L. Teller
2557 Wenzel Avenue
Pittsburgh, PA 15216

Gary William Short Esq.
212 Windgap Road
Pittsburgh, PA 15237
garyshortlegal@gmail.com

Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

Imaged Certificate of Notice    Page 2 of 3

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 11-20605-GLT
Kristen L. Teller                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 1             Date Rcvd: Oct 19, 2016
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2016.
db           +Kristen L. Teller,    2557 Wenzel Avenue,    Pittsburgh, PA 15216-3454

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2016                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Goldman Sachs Mortgage Company
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    GOLDMAN SACHS MORTGAGE COMPANY
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Gary William Short    on behalf of Debtor Kristen L. Teller garyshortlegal@gmail.com,
               gwshort@verizon.net
              Hilary B. Bonial    on behalf of Creditor    Litton Loan Servicing, LP notice@bkcylaw.com
              Joshua I. Goldman    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Ocwen Loan Servicing, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 10